LIUZZI, MURPHY & SOLOMON, LLP
Michael R. Solomon (SBN 164571)
mike@lmslaw.com
Michael E. Hale (SBN 245378)
hale@lmslaw.com
101 Montgomery St., 27th Floor
San Francisco, CA, 94104
T: (415) 543-5050
F: (415) 543-3550

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT – OAKLAND DIVISION

| | |
|---|---|
| CAROLYN BLANCHARD,<br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>PIER 1 IMPORTS (U.S.), INC., RICHARD ALLEN CLAPHAM,<br><br>AND DOES 1 through 100,<br>　　　　　　　Defendants. | Case No.:  C 08-04307 SBA<br><br>**ORDER FOR REMAND**<br><br>Date of Hearing: November 18, 2008<br>Time of Hearing: 1:00 p.m.<br>Courtroom No. 3, 3rd Floor, 1301 Clay St.,<br>Oakland, CA 94612-5212 |

**TO ALL PARTIES AND THEIR ATTORNEY'S OF RECORD:**

　　　Pursuant to Title 28 USC §1447(c), and based on the documents and arguments presented before this Court, the District Court is without jurisdiction in this matter as there is no diversity jurisdiction where defendant CLAPHAM, a necessary party, and plaintiff are citizens of California. Furthermore, there is no federal question upon which this Court may retain jurisdiction.

　　　No attorney fees or costs will be awarded to plaintiff.

　　　This action is hereby immediately remanded to the Superior Court of California in Sonoma County where it was originally filed.  The Motion to Dismiss and all other hearings currently set with this Court are vacated.

IT IS SO ORDERED.

Dated: 12/11/08　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Sandra B. Armstrong_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Honorable Judge Armstrong